UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALIA BAHOORA, et al.,

    Plaintiffs,

v.
                                        Case No. 09-13387
                                        Honorable Patrick J. Duggan

STATE OF MICHIGAN, et al.,

    Defendants.

_____/

**OPINION AND ORDER (1) GRANTING DEFENDANTS' MOTION TO STAY (DOC. 33) AND (2) DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 34)**

On August 26, 2009, Plaintiffs filed this lawsuit against Defendants alleging wrongful suspension of Plaintiff Alia Bahoora's insurance license. The matter initially was assigned to the Honorable Anna Diggs Taylor, but was reassigned to the undersigned pursuant to Administrative Order 10-AO-036 on December 16, 2010. At that time, two motions were pending before the Court: a motion to stay and a motion for summary judgment filed by Defendants State of Michigan, Michigan's Office of Financial and Insurance Regulation ("OFIR"), and Luke Hasbany (hereafter collectively "Defendants") on October 20, 2010.[1] Judge Taylor referred both motions to Magistrate Judge Mona K. Majzoub on November 17, 2010.

On July 11, 2011, Magistrate Judge Majzoub filed a Report and Recommendation

---

[1] In their motion to stay, Defendants seek to stay this matter pending their appeal of Judge Taylor's August 23, 2010 decision denying in part their motion for judgment on the pleadings.

(R&R) recommending that this Court grant Defendants' motion to stay and deny without prejudice their motion for summary judgment. At the conclusion of the R&R, Magistrate Judge Majzoub advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (R&R at 4.) She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Majzoub.

Accordingly,

**IT IS ORDERED**, that Defendants' motion to stay is **GRANTED**;

**IT IS FURTHER ORDERED**, that Defendants' motion for summary judgment is **DENIED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED**, that this matter is **STAYED** pending Defendants' appeal to the Sixth Circuit Court of Appeals.

Date:  August 16, 2011                    s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Mark L. Menczer, Esq.
Timothy M. Lessing, Esq.
Dee J. Pascoe, Esq.
Jason R. Evans, Esq.
Mary Elizabeth Lippitt, Esq.
Magistrate Judge Mona K. Majzoub